IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRENDA CHAVEZ,

    Plaintiff,

vs.   No. CIV 10-00507 RB/WDS

LOS LUNAS PUBLIC SCHOOL DISTRICT, EX REL
BOARD OF EDUCATION, ED HERNANDEZ, MARIA M. MAREZ,
FRANK A. OTERO, DAN GROSS, CHRISTOPHER MARTINEZ,
And MARIO ZUNIGA, individually and in his representative capacity,

    Defendants.

## STIPULATED ORDER

This matter having come before the Court on Defendants' Unopposed Motion to Reschedule Rule 16 Scheduling Conference, and the Court having reviewed the Unopposed Motion, finds the Motion well taken.

IT IS THEREFORE ORDERED that the Rule 16 Scheduling Conference scheduled for September 20, 2010 at 9:00 a.m. is hereby vacated and rescheduled for September 29, 2010 at 8:30 a.m.

                                                                THE HONORABLE W. DANIEL SCHNEIDER
                                                                 UNITED STATES MAGISTRATE JUDGE

Submitted:

*German & Associates*

/s/ Elizabeth L. German
ELIZABETH L. GERMAN
Attorney for Defendants
12836 Lomas Blvd. NE, Suite G
Albuquerque, NM 87112
(505) 292-9676

Approved:


<u>Approved 8/25/2010</u>
TIBO J. CHAVEZ, JR.
Attorney for Plaintiff
P.O. Box 569
Belen, NM 87002
(505) 864-4428