IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRENDA CHAVEZ,

    Plaintiff,

vs.                                                                          No. CIV 10-00507 RB/WDS

LOS LUNAS PUBLIC SCHOOL DISTRICT, EX REL
BOARD OF EDUCATION, ED HERNANDEZ, MARIA M. MAREZ,
FRANK A. OTERO, DAN GROSS, CHRISTOPHER MARTINEZ,
And MARIO ZUNIGA, individually and in his representative capacity,

    Defendants.

## DISCOVERY ORDER

THIS matter having come before the Court in a telephonic conference on Friday, January 14, 2011, and the Court having heard argument of counsel, and being otherwise fully advised, the Court finds that certain discovery disputes have arisen between the parties, and

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1)     Plaintiff shall appear as Noticed for her IPE on Tuesday, January 18, 2011, from 1 p.m. to 5 p.m., and on Thursday, January 20, 2011, from 10:30 a.m. to 2:30 p.m.;

2)     Plaintiff shall appear for her deposition as agreed between the parties on both Tuesday, January 25, 2011, and Thursday, January 27, 2011, from 9 a.m. to 5 p.m.

.3)     Plaintiff's counsel may notice several managerial agents of Defendant Los Lunas Public Schools all on Thursday, February 3, 2011, but he must stand by the schedule established in the Notices.

---

THE HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*German & Associates*

/s/ Elizabeth L. German
TERRILL E. PIERCE
ELIZABETH L. GERMAN
Attorney for Defendants
12836 Lomas Blvd. NE, Suite G
Albuquerque, NM 87112
(505) 292-9676


Approved:

Failed to respond
TIBO J. CHAVEZ, JR.
Attorney for Plaintiff
P.O. Box 569
Belen, NM 87002
(505) 864-4428